# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

*United States of America v. Jack Wallin Mattson*
Case No. 3:18-cr-00078-TMB-1

By: THE HONORABLE TIMOTHY M. BURGESS

PROCEEDINGS: ORDER FROM CHAMBERS

This matter comes before the Court on Defendant Jack Wallin Mattson's Motion for Early Termination of Supervised Release (the "Motion").[1] Neither United States Probation and Pretrial Services ("USPO") nor Plaintiff United States of America (the "Government") opposes the Motion.[2] The matter is ripe for resolution.

Mattson moves for early termination of supervision based on his compliance with the conditions of his supervised release, excluding a brief relapse at the start of his term of supervision.[3] Mattson credits USPO for supporting him after this relapse and states that he is now highly motivated to maintain sobriety and to "keep his life stable and productive."[4] Mattson states that the conditions of his supervision are hindering his ability to travel, see his family, and "liv[e] his best life."[5] For these reasons, Mattson argues that early termination is warranted.[6]

USPO does not oppose the Motion, noting that Mattson has made "significant progress and abided by all conditions" of his supervised release.[7] USPO highlights Mattson's completion of a substance abuse program and his use of the skills gained through that program to "identify triggers and remain sober."[8] The Government similarly does not oppose the Motion.[9]

18 U.S.C. § 3583(e)(1) allows a court—after consideration of the factors set forth in 18 U.S.C. §§ 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), (a)(6), and (a)(7)—to "terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised released . . . if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice."

---

[1] Dkt. 76 (Motion).
[2] Dkt. 77 (Response); Dkt. 79 (USPO Memo).
[3] Dkt. 76 at 2–4.
[4] *Id.* at 3.
[5] *Id.* at 4.
[6] *Id.*
[7] Dkt. 79 at 1.
[8] *Id.*
[9] Dkt. 77 at 1.

1

Having reviewed the briefing in this matter, and considering the factors set forth in 18 U.S.C. § 3553(a), the Court agrees with the parties and concludes that early termination of Mattson's supervised release is warranted at this time.

Accordingly, the Court **GRANTS** the Motion at Docket 76. FURTHER, it is hereby **ORDERED** that Mattson's term of supervised release is terminated effective the date of this Order.

Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.

DATE: August 9, 2023.